Peter Ostroff  (SBN 45718)
postroff@sidley.com
Max C. Fischer (SBN 226003)
mfischer@sidley.com
Carly A. Steinbaum (SBN 260726)
csteinbaum@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**MADE JS-6**

Attorneys for Plaintiffs
Gavin Polone; and Gavin Polone
TTEE Pariah (PS) Pension Plan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN POLONE; GAVIN POLONE TTEE PARIAH (PS) Pension Plan, an unincorporated plan,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>TABLEMAX CORPORATION, a Nevada corporation; TABLEMAX GAMING, INC., a Nevada corporation; STEPHEN CRYSTAL, an individual residing in Nevada,<br><br>　　　　　Defendants. | Case No. CV10-2008 GW (JCx)<br>Assigned to: Hon. George H. Wu<br>Magistrate: Hon. Jacqueline Chooljian<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>[Federal Rule of Civil Procedure 41(a)(1)]<br><br>Complaint filed:  March 19, 2010<br>Trial date set:  March 15, 2011 |

1

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to the parties' stipulation AND GOOD CAUSE APPEARING THEREFOR:

IT IS HEREBY ORDERED that the above-captioned action shall be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The Court shall and hereby does retain jurisdiction to enforce the parties' settlement agreement, including entry of the Final Judgment, as agreed to by the parties in their settlement agreement, if and when such Final Judgment is filed with the Court. Except as otherwise specified in the parties' settlement agreement, each party is to bear its own attorneys' fees and costs.

Dated: December 9, 2010

*George H. Wu*

The Honorable George Wu
United States District Court Judge